UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00485-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. JESUS RAMIREZ-ROBLES,
   a/k/a Joel Ramirez-Hernandez,
   a/k/a Jason A. Gonzalez,

        Defendant.

### ORDER GRANTING MOTION TO RESCHEDULE CHANGE OF PLEA HEARING

THIS MATTER is before the Court on the Motion to Reschedule Change of Plea Hearing **(#13)**. The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#13) is GRANTED**. The Change of Plea hearing currently scheduled for **April 16, 2007 is VACATED** and **RESET** to **June 11, 2007 at 9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 11th day of April, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*
        Marcia S. Krieger
        United States District Judge