UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00485-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. JESUS RAMIREZ-ROBLES,
   a/k/a Joel Ramirez-Hernandez,
   a/k/a Jason A. Gonzalez,

        Defendant.

## ORDER

BEFORE THE COURT is the Government's response to the Defendant's Motion for Order to Show Cause.

**IT IS ORDERED** that the Defendant may file a reply on or before June 22, 2007.

Dated this 15th day of June, 2007

        **BY THE COURT:**

        _____
        Marcia S. Krieger
        United States District Judge